IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMIKA GIBSON, )<br>)<br>*Plaintiff,* )<br>) No. 08 CV ____<br>-vs- )<br>) *(jury demand)*<br>DEFONDA LOUIE, #13094, )<br>)<br>*Defendants.* ) | FILED: NOV 20, 2008<br>08CV6663<br>JUDGE MANNING<br>MAGISTRATE JUDGE VALDEZ<br>RCC |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Tamika Gibson is a resident of the Northern District of Illinois.

3. Defendant Defonda Louie, #13094, was at all times relevant acting under color of his authority as a police officer of the City of Chicago and is sued in his individual capacity.

4. On September 10, 2008 defendant Louis secured a warrant authorizing the search of the "single family house" located at a specified address in the 5400 block of West Haddon, Chicago, Illinois.

5. Thereafter, Louie traveled to the address of that "single family house" and observed that the dwelling consisted of three apartments. Plaintiff resides in one of these three apartments.

6. Acting under color of the warrant authorizing the search of the "single family house," defendant Louie and other police officers entered and

searched each of the three apartments in the above referred "single family house."

7. The search of plaintiff's apartment was conducted in an unreasonable manner: plaintiff's personal property was destroyed and one thousand seven hundred dollars in United States Currency was taken.

8. As a result of the above, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States.

9. Plaintiff demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendants in an amount in excess of one hundred thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman

―――――――――――――――

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*